# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK
**One Bowling Green**
**New York, NY 10004–1408**

IN RE: John Tyrone Buni                          CASE NO.: 11–10248–brl

Social Security/Taxpayer ID/Employer ID/Other Nos.:   CHAPTER:  7
xxx–xx–4170

## ORDER OF FINAL DECREE

The estate of the above named debtor has been fully administered.

IT IS ORDERED THAT:

Jil Mazer–Marino is discharged as trustee of the estate and the chapter 7 case of the above named debtor(s) is closed.

Dated: June 29, 2011

Burton R. Lifland, Bankruptcy Judge

United States Bankruptcy Court
Southern District of New York

In re:                                                                    Case No. 11-10248-brl
John Tyrone Buni                                                          Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0208-1          User: gwhite          Page 1 of 1          Date Rcvd: Jun 29, 2011
                             Form ID: 149           Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 01, 2011.
db          +John Tyrone Buni,    626 East 20th Street #1C,    New York, NY 10009-1510
tr           Jil Mazer-Marino,    Meyer, Suozzi, English & Klein, P.C.,    990 Stewart Avenue,    Suite 300,
              P.O. Box 9194,    Garden City, NY  11530-9194
ust         +United States Trustee,    33 Whitehall Street,    21st Floor,    New York, NY 10004-2122

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 01, 2011**                    **Signature:**      _Joseph Speetjens_